Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio


★  ★  ★    ★  ★  ★

## MEMORANDUM OPINION

No. 04-11-00105-CV

**IN RE** Jack Lynn **TUCKER**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Rebecca Simmons, Justice

Delivered and Filed:  March 16, 2011

PETITION FOR WRIT OF MANDAMUS DENIED

On February 9, 2011, relator filed a petition for writ of mandamus.  The court has considered relator's petition and the response and reply of the parties and is of the opinion that relator is not entitled to the relief sought.  Accordingly, the petition for writ of mandamus is DENIED.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 91-10-0267-CVW, styled *In the Matter of the Marriage of Beverly J. Tucker, now known as Beverly J. Sanders*, pending in the 218th Judicial District Court, Wilson County, Texas, the Honorable Stella Saxon presiding.